# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MONTE STRATTON, | ) | 1:07-cv-00431-AWI-TAG HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| v. | ) | MOTION TO SUPPLEMENT PETITION |
| | ) | (Doc. 5) |
| | ) | |
| IVAN CLAY, Warden SCC, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO SUBSTITUTE PARTIES |
| Respondent. | ) | (Doc. 10) |
| | ) | |

ORDER DIRECTING CLERK OF THE COURT TO SUBSTITUTE THE NAME OF WARDEN JOHN C. MARSHALL FOR RESPONDENT IVAN CLAY

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed his petition on February 14, 2007, in the United States District Court for the Northern District of California. (Doc. 2). On March 21, 2007, the case was transferred to this Court. (Doc. 1). On April 4, 2007, Petitioner filed a motion to add an exhibit as an attachment to the petition, i.e., the California Supreme Court's March 21, 007 denial of his state habeas petition. (Doc. 5). On December 11, 2007, the Court ordered Respondent to file an answer. (Doc. 8). On February 6, 2008, Petitioner filed a motion to substitute the warden of his present prison facility for the warden of his former facility as named respondent in this case. (Doc. 10).

GOOD CAUSE appearing for both motions, the Court HEREBY ORDERS as follows:

1. Petitioner's motion to add attachment (Doc. 5), is GRANTED;

2. Petitioner's motion to substitute parties (Doc. 10), is GRANTED; and

1

3.  The Clerk of the Court is DIRECTED to substitute the name of Warden John C. Marshall as respondent in place of respondent, Ivan Clay.

IT IS SO ORDERED.

Dated:  **February 13, 2008**                              **/s/ Theresa A. Goldner**
                                                            UNITED STATES MAGISTRATE JUDGE