IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE STRATTON,

        Petitioner,

  v.

JOHN C. MARSHALL, Warden CMC,

        Respondent.
_____/

No. C 07-00431 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying Petition for Writ of Habeas Corpus and Denying Motion for Judicial Review of the Record and Copy of the Case Docket Sheet,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Monte Stratton's Petition for Writ of Habeas Corpus is denied and that each party bear their own costs of action.

    Dated at Oakland, California, this 22nd day of June, 2009.

                            VICTORIA MINOR
                            Clerk of Court

                By: *Sheilah Cahill*
                     SHEILAH CAHILL
                     Deputy Clerk

United States District Court
For the Northern District of California