1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MONTE STRATTON,                              No. C 07-0431 CW

       Petitioner,                        ORDER DENYING
                                             MOTION FOR
  v.                                       CERTIFICATE OF
                                             APPEALABILITY
JOHN C. MARSHALL, Warden, CMC,

       Respondent.

_____/

    Petitioner Monte Stratton has filed a notice of appeal and a request for a certificate of appealability.  Pursuant to 28 U.S.C. § 2253(c)(1)(A), an appeal of the final order in a habeas corpus proceeding may not proceed unless a certificate of appealability is issued.  A certificate of appealability may issue only if the petitioner has made a substantial showing of the denial of a constitutional right.  <u>See</u> 28 U.S.C. § 2253(c)(2); <u>see also</u>, <u>Slack v. McDaniel</u>, 529 U.S. 473, 478 (2000) (certificate of appealability may issue if petitioner shows "jurists of reason would find it debatable whether the petition states a valid claim of the denial

1  of a constitutional right . . .").  The certificate of

2  appealability must specify which issue or issues satisfies the

3  showing required by § 2253(c)(2).  <u>See</u> 28 U.S.C. § 2253(c)(3).

4       The Court certifies in accordance with 28 U.S.C. § 2253 that,

5  for the reasons set forth in the order denying the petition and the

6  order denying the motions to vacate the judgment and for abeyance,

7  none of the issues raised in the petition involves a substantial

8  showing of the denial of a constitutional right.  Accordingly, the

9  certificate of appealability is denied.

10      IT IS SO ORDERED.

13  Dated: 10/7/09

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

2